```
1   PATRICK L. FORTE, #80050
    LAW OFFICES OF PATRICK L. FORTE
2   1624 Franklin Street, Suite 911
    Oakland, CA 94612
3   Telephone: (510) 465-3328
    Facsimile: (510) 763-8354
4
5   Attorney for Debtor (Deceased)
6
7
8                    UNITED STATES BANKRUPTCY COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| **In re:** | **Case No. 15-43069 CN** |
| **THERESA MARIE JOHNSON,** | **Chapter 13** |
| Debtor. | **MOTION PURSUANT TO FRBP RULE 1016 TO ALLOW CASE TO PROCEED** |
| _____/ | |

Scott A. Johnson, surviving son of deceased debtor, Theresa Marie Johnson, and the successor trustee of the Theresa M. Johnson Living Trust, hereby moves the Court for an Order pursuant to FRBP Rule 1016 to allow the case to proceed as though the death had not occurred. The motion will be based on the declaration of Scott A. Johnson in support of this motion and the pleadings, schedules and documents on file in this case.

WHEREFORE, Scott A. Johnson, successor trustee requests that the Court Order that the case proceed as though debtor's death had not occurred.

Dated: June 2, 2017

                                            /s/ Patrick L. Forte
                                            PATRICK L. FORTE
                                            Attorney for Debtor (Deceased)