

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorney for Debtor (Deceased)

The following constitutes
the order of the court. Signed June 28, 2017

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 15-43069 CN |
| **THERESA MARIE JOHNSON,** | Chapter 13 |
| **Debtor.** | ORDER APPROVING MOTION PURSUANT TO FRBP RULE 1016 TO ALLOW CASE TO PROCEED |
| _____/ | |

The Law Offices of Patrick L. Forte having served a Motion Pursuant to FRBP Rule 1016 to Allow Case to Proceed on June 2, 2017, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that the case proceed as though debtor's death had not occurred.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'

Case: 15-43069    Doc# 25    Filed: 06/28/17    Entered: 06/28/17 12:54:29    Page 2 of 2