

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor (Deceased)

The following constitutes
the order of the court. Signed August 23, 2017

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 15-43069 CN |
| **THERESA MARIE JOHNSON,** | Chapter 13 |
| Debtor. _____/ | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |

Scott A. Johnson, acting Successor Trustee, having served a Motion to Modify Chapter 13 Plan on July 12, 2017, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that the Chapter 13 plan is modified to allow Scott A. Johnson to pay off the current balance owed in the Chapter 13 plan in the approximate sum of $8,200.00 at which point the plan shall be deemed complete.

\*\*END OF ORDER\*\*

**COURT SERVICE LIST**

'No physical service required'