

1  Robert P. Zahradka (SBN 282706)
rzahradka@aldridgepite.com
2  Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
4  P.O. Box 17933
San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
Facsimile: (619) 590-1385
6

7

8  Attorneys for  Movant,
Wells Fargo Bank, N.A.

**The following constitutes
the order of the court. Signed June 13, 2017**

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

9            **UNITED STATES BANKRUPTCY COURT**

10    **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

11  In re

12  JAMES WESLEY FOWLER and TERESA
MARIE FOWLER
13

14
Debtors.
15

16

17

18

19

Case No. 14-43816 RLE

Chapter 13

R.S. No.  RPZ-228

**STIPULATED ORDER GRANTING
ADEQUATE PROTECTION (HAMP
GUIDELINES)**

Hearing:
 Date:   April 19, 2017
 Time:   1:30 p.m.
 Place:  201
              1300 Clay Street
              Oakland, CA 94612

20

21      The above-captioned matter came on for hearing on April 19, 2017, at 1:30 p.m., in

22  Courtroom 201, upon the Motion of Wells Fargo Bank, N.A. ("Movant"), for relief from the

automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of James Wesley Fowler and
23

24  Teresa Marie Fowler ("Debtor") commonly known as 3722 Sailboat Dr, Discovery Bay, California

94514-1752 (the "Real Property"), which is legally described as follows:
25

26          SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED
          AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY,
          DOCKET ENTRY NUMBER 34.
27

      Appearances as noted on the record.
28

1   Based on the arguments of counsel, and good cause appearing therefor,

2   IT IS HEREBY ORDERED:

3   1)   Debtors shall tender regular monthly payments in the amount of $3,007.10, which

4   amount is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing

5   June 1, 2017, and continuing thereafter on the first (1st) of each month until a final decision has been

6   made regarding the loan modification agreement. Payments are to be remitted to:  Wells Fargo

7   Home Mortgage Attn: Bankruptcy Payment Processing, P.O. Box 14507Des Moines, IA 50306.

8   2.   The payment amounts listed in paragraph 1 herein may be less than the contractual

9   payment amount pursuant to the terms of the Note and Deed of Trust.  Post-petition arrearages may

10  continue to accrue pursuant to the terms of the Note and Deed of Trust and under applicable

11  bankruptcy law.

12  3.   Debtors shall maintain real property taxes and real property hazard insurance paid

13  current for the Real Property, and provide proof of said insurance on a timely basis.

14  4.   If applicable, Debtor shall maintain real property taxes and real property hazard

15  insurance paid current for the Real Property, and provide proof of said insurance on a timely basis.

16  5.   In the event of a default on paragraphs 1 of above-described provisions, inclusive of

17  this Order, and after any applicable grace period, Movant shall provide written notice to Debtors

18  James Wesley Fowler and Teresa Marie Fowler at 3722 Sailboat Drive, Discovery Bay, CA 94505

19  and to Debtor's attorney of record, Patrick L. Forte located at Law Offices of Patrick L. Forte, 1624

20  Franklin St. #911, Oakland, CA 94612, indicating the nature of the default.  If Debtor fails to cure

21  the default with certified funds after the passage of ten (10) calendar days from the date said written

22  notice is placed in the mail, Movant may restore its Motion to the court's calendar upon 14-days

23  notice.

24  6.   In the event Debtor's loan modification application is denied, Debtor is unwilling to

25  execute the proposed loan modification, or 6 months has passed since the Order on the Adequate

26  Protection has been entered, Movant may restore its Motion for Relief from the Automatic Stay on

27  14-days notice.

28  /././

**STIPULATED ORDER GRANTING ADEQUATE PROTECTION (HAMP GUIDELINES)**

1    7.    The acceptance by Movant of a late or partial payment shall not act as a waiver of

2  Movant's right to proceed hereunder and/or its right to the complete contractual payment as

3  determined by the terms of the Note and Deed of Trust.

4    8.    In the event Movant is granted relief from the automatic stay, the parties hereby

5  stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6    9.    The foregoing terms and conditions shall be binding only during the pendency of this

7  bankruptcy case.  If, at any time, the stay is terminated with respect to the Real Property by court

8  order or by operation of law, the foregoing terms and conditions shall cease to be binding and

9  Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real

10  Property and/or against the Debtor.

11    10.    In the event this case is converted to a Chapter 7 proceeding, Movant may restore its

12  Motion for Relief from the Automatic Stay on 14-days notice

13    11.    Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Martha G.

14  Bronitsky.

15    12.    Any notice that Movant shall give to Debtor or attorney for Debtor, pursuant to this

16  Order, shall not be construed as a communication under the Fair Debt Collection Practices Act, 15

17  U.S.C. §1692.

18    12.    Either party may restore matter to calendar on fourteen (14) days notice.

19  APPROVED AS TO FORM:

20

21  DATED:6/8/2017                                              /s/Patrick L. Forte
                                                              Patrick L. Forte
                                                              Attorneys for Debtor(s)
22

23                                          ***END OF ORDER***

24

25

26

27

28

- 3 -                                              CASE NO. 14-43816 RLE

**STIPULATED ORDER GRANTING ADEQUATE PROTECTION (HAMP GUIDELINES)**

Case 14-43816    Doc# 39    Filed: 06/13/17    Entered: 06/13/17 11:22:37    Page 3 of 4

1     <u>**COURT SERVICE LIST**</u>

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED ORDER GRANTING ADEQUATE PROTECTION (HAMP GUIDELINES)**